(Republished.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY SOLLA, Appellant.— Order, entered on March 3, 1961, unanimously affirmed. The order of this court entered on June 20, 1963 is vacated. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.